1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 4:20-cv-05150 |
| Plaintiff, | **ORDER** |
| vs. | |
| BEL ABRI NAPA LLC, | |
| Defendant. | |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case; each party to bear their own fees and costs.

DATED this 13th day of November, 2020.

*Haywood S. Gill, Jr.*
Judge of the U.S District Court